# UNITED STATES DISTRICT COURT
для
SOUTHERN DISTRICT OF CALIFORNIA

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
Facebook, Inc. ) Case No.
1601 California Avenue )
Palo Alto, California 94304 )
)
)

FILED

AUG 0 8 2018

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

18MJ2159

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the __Northern__ District of __California__
*(identify the person or describe the property to be searched and give its location):*

See Attachment A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):*

See Attachment B-3

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before __5/17/2018__
*(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m. ☐ at any time in the day or night as I find reasonable cause has been established.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge Honorable Ruben B. Brooks _____.
*(name)*

☐ The electronic communication service provider to whom this warrant is directed shall not notify any other person of the existence of this warrant until _____, absent further order of the Court, as the Court finds reason to believe that such notification will result in an adverse consequence as provided at 18 U.S.C. § 2705(b).

Date and time issued: 5/3/2018 at 9:40 a.m.

_____
*Judge's signature*

City and state: San Diego, California

Honorable Ruben B. Brooks, U.S. Magistrate Judge
*Printed name and title*

| Return | | |
|---|---|---|
| Case No.: 18MJ2159 | Date and time warrant executed: May 3, 2018, 3:44pm | Copy of warrant and inventory left with: Facebook Inc. |
| Inventory made in the presence of : Facebook Electronic Request | | |

Inventory of the property taken and name of any person(s) seized:

On June 4, 2018, Facebook Inc. provided the electronic PDF format for "Carlos Lopez"

(Facebook ID 100003368077841)

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8/6/18

*Executing Officer's Signature*

TERESA CARDONA SENIOR SPECIAL AGENT
*Printed name and title*